**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00206-CV

**MCKINNEY AVENUE PROPERTIES NO. 2, LTD., Appellant**

**V.**

**BRANCH BANK AND TRUST COMPANY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-08500-B**

## ORDER

We **GRANT** the May 28, 2014 second motion of Lanetta Williams, Official Court Reporter for County Court at Law No. 2 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **JUNE 27, 2014**.


/s/     ADA BROWN
        JUSTICE